The United States District Court For The
Western District of Louisiana
Shreveport Division

| | | |
|---|---|---|
| Nathan Entwistle | § § § § § § § § | C.A. No. 5:22-cv-5864 |
| vs. | | |
| Hartford Fire Insurance, Genco Transport, LLC, Delwayne Juan Thomas and The Kansas City Southern Railway Company | | Jury Trial Demanded |

## Order of Dismissal without Prejudice

On this day came on to be considered Plaintiff's Notice of Dismissal without Prejudice. The Court having considered the matter is of the opinion that Plaintiff's suit should be dismissed without prejudice.

IT IS HEREBY ORDERED that Plaintiff's suit is hereby dismissed without prejudice.

SIGNED THIS THE __14th__ DAY OF __November__, 2022.

_Donald E. Walls_
HONORABLE JUDGE PRESIDING